**Opinion issued April 20, 2017**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――

## NO. 01-17-00144-CV

―――――――――――

## IN RE STEPHEN J. HARPER, Relator

―――――――――――

### Original Proceeding on Petition for Writ of Mandamus

―――――――――――

## MEMORANDUM OPINION

Relator, Stephen J. Harper, has filed a petition for writ of mandamus challenging the February 16, 2017 order compelling responses to Spencer & Associates, P.C.'s post-judgment requests for production.[1]

―――――――――――

[1] The underlying case is *Spencer & Associates, P.C. v. Stephen J. Harper*, cause number 709,957, pending in the County Civil Court at Law Number One of Harris County, Texas, the Honorable George Barnstone, presiding.

The petition is **denied**.


**PER CURIAM**


Panel consists of Justices Keyes, Bland, and Huddle.